IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   CASE NO.: DLB-22-293 |
| PATRICK NWAOKWU | * |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**COMES NOW** undersigned counsel, Steven H. Levin, who respectfully moves this Honorable Court for leave to withdraw as counsel pursuant to Local Rule 101(2). In support of this motion, undersigned counsel states as follows:

1. On January 3, 2023, undersigned counsel joined Steptoe & Johnson LLP.

2. Defendant's counsel, Lauren M. McLarney ("Ms. McLarney"), advised Defendant about undersigned counsel's new position. Defendant, Patrick Nwaokwu, has consented to undersigned counsel's withdrawal of appearance.

3. Ms. McLarney will continue her representation of Mr. Nwaokwu before this Court, therefore undersigned counsel's withdrawal will not result in any prejudice or delay to him.

**WHEREFORE**, undersigned counsel requests that he be permitted to withdraw as counsel for Defendant Patrick Nwaokwu.

Dated: March 2, 2023              Respectfully submitted,

_____
Steven H. Levin (Fed. Bar No. 28750)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, District of Columbia 20036
Phone: (202) 429-8169
slevin@steptoe.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March 2023, a copy of the foregoing Motion to Withdraw as Counsel was served on all parties through the CM/ECF system.

_____
Steven H. Levin (Fed. Bar No. 28750)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, District of Columbia 20036
Phone: (202) 429-8169
slevin@steptoe.com